IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG LE,

    Plaintiff,               No. CIV S-11-3113 KJM-KJN

    vs.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,                ORDER

    Defendant.
_____/

        The parties in the above-captioned action agreed to referral to the Voluntary Dispute Resolution Program ("VDRP") on May 25, 2012.  (ECF 14.)  Accordingly, this case is referred to VDRP and all currently set dates are vacated.  The Clerk of the Court shall serve a copy of this order on Sujean Park, the court's ADR coordinator.

        IT IS SO ORDERED.

DATED: May 31, 2012.

                                      UNITED STATES DISTRICT JUDGE